# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Sky Business Credit, LLC,

Plaintiff(s),

v.

Gary Herwood, et al,

Defendant(s).

Case No. 1:24-cv-11142
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Sky Business Credit, LLC
and against defendant(s) Gary Herwood, et al
in the amount of $11,370362.52 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: This Judgment disposes of all claims and parties as a final judgment. The Court also finds pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in the entry of judgment, and that judgment is hereby directed to be entered as a final, appealable judgment.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge on a motion

Date: 6/2/2025

Thomas G. Bruton, Clerk of Court

J. Capparelli, Deputy Clerk